No. 94–753. ST. CYR ET AL. v. HAYS ET AL. Appeal from D. C. W. D. La.; and
No. 94–754. ST. CYR ET AL. v. HAYS ET AL. C. A. 5th Cir. The Court defers further consideration in these cases so that the United States District Court for the Western District of Louisi-

ana, by reentering its judgment, can cure a procedural defect arising from that court's having entered judgment prior to the issuance on July 27, 1994, of this Court's judgment in *Louisiana* v. *Hays*, No. 93–1539. This order shall be sent to the District Court forthwith.